UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 20, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN RENE CAMACHO,<br><br>    Defendant. | Case No.   2:25-mj-00079-CSK,<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALAN RENE CAMACHO, Case No.   2:25-mj-00079-CSK, Charge 18 U.S.C. § 3606, from custody for the following reasons:

____    Release on Personal Recognizance

____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other): Release delayed until 5/21/2025 at 9:00 AM with

   x    previous terms of supervised release.  Defendant to report to

_____    New Bridge residential treatment program upon release.

Issued at Sacramento, California on May 20, 2025, at 2:40 PM.

By: _____
Magistrate Judge Sean C. Riordan